IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON WALLS,

      Plaintiff,                    No. 2:09-cv-1485 KJN P

   vs.

B.C. ADAMS, et al.,

      Defendants.            <u>ORDER TO SHOW CAUSE</u>

_____/

        By order filed November 22, 2010, this court directed plaintiff to complete and return to the court, within thirty days, the completed forms and information necessary to effect service of process on defendants. That thirty-day period has passed, and plaintiff has not responded in any way to the court's order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall, within fourteen days after the filing date of this order: (1) show cause in writing why this action should not be dismissed; and (2) submit the forms and information necessary to effect service of process on defendants, as set forth in the court's order filed November 22, 2010.

////

////

////

Failure to respond to this order will result in the dismissal of this action without prejudice.[1]

SO ORDERED.

DATED: February 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wall1485.osc.fusm

---

[1] Plaintiff has consented to the jurisdiction of the magistrate judge for all purposes. (Dkt. No. 5.) See 28 U.S.C. § 636(c); Local Rule 305(a).